**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03357

**THE BAR METHOD FRANCHISOR, LLC,** a Delaware limited liability company,

        Plaintiff,

v.

**HENDERHISER LLC**, a Colorado limited liability company; **BRAVENCE WELLNESS COLLECTIVE LLC**, a Colorado limited liability company, and **LAURA E. HENDERSON**, an individual,

        Defendants.

**DECLARATION OF SUSAN E. TEGT, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

Susan E. Tegt, being duly sworn on oath, states and alleges as follows:

1. I am an attorney at Larkin Hoffman Daly & Lindgren Ltd. in Minneapolis, Minnesota. I represent Plaintiff The Bar Method Franchisor, LLC ("The Bar Method") in the above matter.

2. Shortly after The Bar Method and Defendants entered into the Settlement Agreement identified in The Bar Method's pleadings, I learned Defendants were teaching identical barre-based fitness classes in violation of the agreement. I promptly notified Defendants' counsel who contended that Defendants' conduct was in compliance with the terms of the Settlement Agreement. True and correct copies of my communications with counsel leading up to this motion, are attached as Exhibit A-1.

3635250.1

3. Attached as Exhibit A-2 is a true and correct copy of the Affidavit of Laura Henderson dated November 10, 2021 filed in the Minnesota Lawsuit identified in the Verified Complaint. In the interest of brevity, I have removed the exhibits attached to the affidavit.

4. Attached as Exhibit A-3 is a true and correct copy of an Order Granting Stipulated Injunction and Order for Dismissal with Prejudice in the matter of *The Bar Method Franchising, LLC v. AJ Bar Inc., et al.*, Case No. 3:20-CV-14454 (D.N.J. Feb. 4, 2021).

5. The Bar Method certifies it will provide notice of this motion, all pleadings and documentation, and notice of any scheduled hearing on the motion to Defendants' attorney, Ed Schroeder, Esq., via email to ed@schroederslaw.com, as soon as the pleadings and documentation are filed with the Court. The Bar Method will work to expedite service of process on the Defendants. The Bar Method will submit a supplemental declaration advising the Court on the status of notification in compliance with Local Rule 65.1(a).

I declare under penalty of perjury that everything I have stated in this document is true and correct. Executed on December 14, 2021 in Hennepin County, Minnesota.

/s/ *Susan E. Tegt*
Susan E. Tegt, Esq.